Wesley H. Avery
758 E. Colorado Blvd., Suite 210
Pasadena, CA 91101
Telephone: (626) 395-7576

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| **In re:** | Case No. 18-10687-ER |
| **KIM, OH HYUNG** | Chapter 7 |
| **Debtor(s)** | **NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) 11 U.S.C. §341(a)** |

**TO THE ABOVE NAMED DEBTOR(S) AND THE ATTORNEY ON RECORD, IF ANY:**

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above entitled matter was continued to **April 11, 2018 at 10:00 AM**, located at: Office of the United States Trustee, **915 Wilshire Blvd., 10th Floor, Rm 2, Los Angeles, CA 90017** for the reason set forth below:

☒ You failed to appear at the 341(a) meeting previously scheduled in your case.

You are further notified that in the event you do not appear at the continued 341(a), your case will be dismissed by the Court.

DATED: March 07, 2018                    /s/ Wesley H. Avery
                                          Wesley H. Avery, Chapter 7 Trustee

OH KIM
818 E ACACIA AVENUE UNIT C
GLENDALE, CA 91205